UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOEL ESPINOZA-CORTEZ,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,[1]

Respondents.

Case No.: 26-cv-1932-RSH-BJW

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On March 26, 2026, petitioner Joel Espinoza-Cortez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner contends that he is not subject to mandatory detention under 8 U.S.C. § 1225(b), and asserts that his detention or release should instead be governed by 8 U.S.C. § 1226(a). *Id.* ¶¶ 23–29. He further contends that, if he were to receive a bond hearing and the immigration judge were to set conditions of bond, federal regulations would "allow[] the prosecuting agency—after losing at the bond hearing—to veto the Immigration Judge's order with a one-page notice that requires no showing of danger, flight risk, or likelihood of succeed on

---

[1]    Markwayne Mullin is automatically substituted for Kristi Noem pursuant to Federal Rule of Civil Procedure 25(d).

appeal requests his immediate release"; and that in doing so, such regulations would violate due process. *Id.* 30–34. Petitioner requests his immediate release.

On April 6, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 3 at 1–2. Petitioner has not filed a traverse.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Joel Espinoza-Cortez before an immigration court within ***seven (7) days*** of this order pursuant to 8 U.S.C. § 1226(a). The Court declines to order Petitioner's immediate release, as the Petition has not established a legal basis for such relief.[2]

**IT IS SO ORDERED**.

Dated: April 14, 2026

Hon. Robert S. Huie
United States District Judge

---

[2]    To the extent Petitioner seeks to recover attorneys' fees, he must do so pursuant to a noticed motion that complies with the Civil Local Rules of this Court and the undersigned's Pretrial Civil Procedures.